**Electronically Filed
Supreme Court
SCWC-16-0000019
03-OCT-2017
10:50 AM**

SCWC-16-0000019

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

EUCLIDES MARQUES-FERNANDEZ, also known as
EUCLIDES MARQUES FERNANDES, also known as "NINJA",
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000019; CR. NO. 13-1-0568(3))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's application for writ

of certiorari, filed on August 23, 2017, is hereby rejected.

DATED:  Honolulu, Hawai'i, October 3, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

